# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON GUNN,
Appellant,
vs.
LORISE DAVID,
Respondent.

No. 77155

FILED

APR 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on October 18, 2018, without payment of the requisite filing fee. The district court's January 22, 2019, order denying appellant's application to proceed in forma pauperis was filed in this court on January 29, 2019. On February 11, 2019, this court entered an order directing appellant to pay the filing fee within 30 days or file a motion in this court to proceed in forma pauperis. The order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not complied with this court's February 11, 2019, order. Accordingly, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Chief Judge, The Eighth Judicial District Court
Hon. Jack B. Ames, Senior Judge
Jason Gunn
Lorise David
Eighth District Court Clerk

19-17104